IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SADEEN JONES, | : | Civil No. 1:21-CV-01715 |
| Plaintiff, | : | |
| v. | : | |
| MARK C. GARMAN, *et al.*, | : | |
| Defendants. | : | Judge Jennifer P. Wilson |

## CASE MANAGEMENT ORDER

**AND NOW**, on this 18th day of January, 2023, **IT IS HEREBY ORDERED** that the following case management deadlines are established in the above-captioned matter:

1. **Joinder of Additional Parties.** All additional parties shall be joined by **May 31, 2023**.

2. **Amended Pleadings.** Amended pleadings are due by **May 31, 2023**.

3. **Status Conference.** A status conference will be conducted via telephone by the court on **June 14, 2023 at 9:30 a.m.** The parties shall call-in to the conference call number 877-336-1828 using the access code 2529544. The court shall make arrangements with SCI-Frackville to connect Plaintiff, who is self-represented. The purpose of this conference will be to discuss any outstanding discovery issues, settlement options, and any other issues.

Participation in this conference by counsel and by self-represented parties is mandatory. Any counsel of record may participate in this conference call.

4. **Fact Discovery.** Fact discovery shall be completed by **July 31, 2023**. All requests for extensions of this deadline shall be made at least fourteen days before the expiration of the discovery period.

5. **Dispositive Motions.** Dispositive motions <u>and</u> supporting briefs shall be filed by **August 31, 2023**. Briefing on dispositive motions shall comply with local rules 7.4, 7.5, 7.6, 7.7, 7.8, and 56.1, except that briefs in support of any dispositive motions shall be filed by the above date.

<u>s/Jennifer P. Wilson</u>
JENNIFER P. WILSON
United States District Court Judge
Middle District of Pennsylvania
