SADEEN JONES
#DW-1963
SCI-FRACKVILLE
1111 ALTAMONT BLVD.
FRACKVILLE, PA. 17931

FILED
HARRISBURG, PA
MAY 22 2023
PER _____
DEPUTY CLERK

Civil No. 1:21 CV-01715

**Office Of The Clerk**
U.S COURTHOUSE
228 WALNUT STREET
P.O. BOX 983
HARRISBURG, PA. 17108

(JUDGE JENNIFER P. WILSON)

May 15th, 2023

Dear Clerk,

Hello, I present within this head letter a Case Management Update Order to be forwarded to the Honorable Judge mentioned above, and to all neccessary parties involved.

Thank You for your time, and have a wonderful day.

Sincerely Yours,

Sadeen Jones

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SADEEN JONES, | : | CIVIL NO. 1:21-CV-01715 |
| Plaintiff, | : | |
| v. | : | |
| Mark C. Garman, et al., | : | |
| Defendants. | : | (Judge Jennifer P. Wilson) |

## CASE MANAGEMENT UPDATE

**AND NOW**, on this 15th day of May, 2023, comes Plaintiff, Sadeen Jones.

The Plaintiff recognizes in the **CASE MANAGEMENT ORDER** issued by the Court that the deadline on the above-captioned matter: are set at **May 31, 2023**. Plaintiff also was informed by the Courts that there will be a status conference call set up on **June 14th, 2023 at 9:30 a.m.** During this conference call both parties are to discuss outstanding Discovery issues, settlement options, and any other issues. Per the Court, **The Fact Discovery** shall be completed by **July 31, 2023. Dispositive Motions** and supporting briefs also should be filed by **August 31, 2023.**

At this time, Plaintiff would like to bring to the Courts attention that he has not been provided with any Discoveries by the Defendants.

Plaintiff would like to possess any and all relevant Discoveries in this matter to properly prepare his case as he is a self-represented party.

Mr. Sadeen Jones #DW-1963
1111 ALTAMONT BLVD
FRACKVILLE, PA. 17931

INMATE MAIL
PA DEPT OF
CORRECTIONS



quadient
FIRST-CLASS MAIL
IMI
$000.60
05/17/2023 ZIP 17932
043M31230995
US POSTAGE

RECEIVED
HARRISBURG, PA
MAY 22 2023
PER _____
DEPUTY CLERK

OFFICE OF THE CLERK
U.S. COURTHOUSE
228 WALNUT STREET
P.O. BOX 983
HARRISBURG, PA. 17108