# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SADEEN JONES, | : | Civil No. 1:21-CV-01715 |
| Plaintiff, | : | |
| v. | : | |
| MARK C. GARMAN, *et al.*, | : | |
| Defendants. | : | Judge Jennifer P. Wilson |

## ORDER

**AND NOW**, on this 24th day of February, 2025, for the reasons set forth in the accompanying memorandum, **IT IS ORDERED THAT**:

1. Plaintiff's motion for reconsideration, Doc. 58, is **DENIED**.

2. This matter is referred to Chief United States Magistrate Judge Daryl Bloom for assignment to a United States Magistrate Judge for the purpose of conducting a settlement conference.

s/Jennifer P. Wilson
JENNIFER P. WILSON
United States District Judge
Middle District of Pennsylvania
